PHILLIP A. TALBERT
United States Attorney
ELLIOT C. WONG
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| NGOZI MONICA EMEONYE, ET AL., | CASE NO. 2:24-CV-02814-AC |
|---|---|
| Plaintiffs, | STIPULATION AND [~~PROPOSED~~] ORDER FOR FIRST EXTENSION OF TIME |
| v. | |
| UR JADDOU, ET AL., | |
| Defendants. | |

    The Defendants respectfully request a first extension of time in which to respond to the complaint, and counsel for Plaintiffs does not oppose.  In this case, Plaintiffs allege that U.S. Citizenship and Immigration Services ("USCIS") has unreasonably delayed scheduling an interview on their pending asylum applications, which they filed in 2016.  USCIS has scheduled Plaintiffs' asylum interviews for April 14, 2025.  The parties anticipate that this lawsuit will be rendered moot once USCIS completes its adjudication of Plaintiffs' applications, and USCIS anticipates it will do so within 120 days following the successful complete of Plaintiffs' asylum interviews.  In the event USCIS cancels or reschedules the interviews on Plaintiffs' applications, the agency will endeavor to reschedule the interviews within four weeks of the original date.

/ / /

1

The parties therefore stipulate that the new date for Defendants to file an answer or other dispositive pleading is August 12, 2025. The parties further request that all other filing deadlines be similarly extended.

Respectfully submitted,

Dated:  December 12, 2024           PHILLIP A. TALBERT
                                              United States Attorney

                                              By:  /s/ ELLIOT C. WONG
                                                         ELLIOT C. WONG
                                                         Assistant United States Attorney

Dated: December 12, 2024            By: /s/ JESSICA T. ARENA
                                                         Jessica T. Arena
                                                         Counsel for Plaintiff

[~~PROPOSED~~] ORDER

It is so ordered.

Dated: December 12, 2024           /s/ Allison Claire
                                                  ALLISON CLAIRE
                                                  UNITED STATES MAGISTRATE JUDGE